AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

WILLIAM P. CONSIDINE III )
Plaintiff )
v. ) Civil Action No. CA 08 190 T
BLUE CROSS & BLUE SHIELD OF RHODE ISLAND )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Blue Cross & Blue Shield of Rhode Island
444 Westminster Street
Providence, RI 02903

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James J. McGair, #0822
128 Dorrance Street, Suite 350
Providence, RI 02903
(401) 861-1717

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Paulette J. Duke
Chief Deputy Clerk
Name of clerk of court

Date: 5/19/08

Barbara Barletta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Blue Cross & Blue Shield of RI,
by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

✓ (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Karra L Leonardo; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00.

Date: 5/21/08

[signature]
Server's signature

Thomas K Norigian
Printed name and title
RI Federal Court Process Server

1845 Atwood Ave
Server's address
Johnston RI 02919

✓ Karra L Leonard [signature]
KARRA L. LEONARD